# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

USA

                   V.                      **JUDGMENT IN A CIVIL CASE**

Bourseau, et al

                                        **CASE NUMBER:**    03cv907 BEN (WMc)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the United States is entitled to judgment against Robert I. Bourseau, Dr. Rudra Sabaratnam, RIB Medical Management Services, Inc., and Navatkuda, Inc., jointly and severally, in the amount of $23,776,332 for treble damages and $31,000 in civil penalties under the False Claims Act. Defendants are entitled to a judgment of non-liability against the United States on its claims of unjust enrichment and common law fraud..................................................................................................................................................

| September 29, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/J. Hathaway |
| | (By) Deputy Clerk |
| | ENTERED ON September 29, 2006 |

03cv907